Dennis Benjamin (ISB#4199)
NEVIN, BENJAMIN, McKAY & BARTLETT LLP
303 W. Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
db@nbmlaw.com

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SARAH MARIE JOHNSON,<br><br>    Petitioner,<br><br>vs.<br><br>AMANDA GENTRY, Warden,<br><br>    Respondent. | CASE NO. 4:14-CV-00395-CWD<br><br>**SUPPLEMENTAL AUTHORITY IN SUPPORT OF EIGHTH AMENDMENT CLAIM** |

  Petitioner Sarah Johnson submits the following additional authority in support of her Eighth Amendment Claim: *United States v. Briones, Jr.,* No. 16-10150, 2019 U.S. App. LEXIS 20293 (9th Cir. July 9, 2019).

  DATED this 12th day of July, 2019.

             /s/Dennis Benjamin
             Dennis Benjamin
             Attorney for Sarah Johnson

SUPPLEMENTAL AUTHORITY IN SUPPORT OF EIGHTH AMENDMENT CLAIM -1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of July, 2019, I filed the foregoing document electronically through the CM/ECF system, and personally served the following parties or counsel by electronic means:

Mark Olsen
Deputy Attorney General
Criminal Law Division
Email: mark.olsen@ad.idaho.gov

                                                  /s/Dennis Benjamin
                                                  Dennis Benjamin